IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA   DIVISION

IN RE:  CASE NO: 07-30840
CHAPTER 7

ZOLNIEREK, JULIE

Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 6P/6I | IRS<br>400 W Bay Street, Ste 35045<br>STOP 5720-GRP 2<br>Jacksonville, FL 32202-4437 | $590.82/5.53 |
| 002 | Schmidts Music<br>105 North Palafox Street<br>Pensacola, FL 32502 | $67.99 |

The check mailed at the above address on March 23, 2011  has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 27th   day of June, 2011.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon IRS, 400 W Bay Street, Ste 35045, STOP 5720-GRP 2, Jacksonville, FL 32202-4437; Schmidts Music, 105 North Palafox Street, Pensacola, FL 32502 , Charles F. Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 27th day of June, 2011.

                                                /s/ Sherry F. Chancellor
                                           Sherry F. Chancellor, Trustee